IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00616-EWN

UNITED STATES OF AMERICA,

  Petitioner,

 v.

THOMAS R. ELGES,

  Respondent.

_____

**ORDER TO SHOW CAUSE**
_____

 Upon consideration of the petition of the United States and the declaration and Internal Revenue Service summons attached thereto, it is hereby

 ORDERED:

 That Respondent appear before the District Court of the United States for the District of Colorado in that branch thereof presided over by Honorable Judge Edward W. Nottingham, in the United States Court House, 901 19th Street, Denver, Colorado on the 12th day of May, 2006, at 11:00 o'clock a.m., Courtroom A1001, to show cause why Respondent should not be compelled to obey the Internal Revenue Service summons served upon Respondent on January 4, 2006.

Dockets.Justia.com

It is further ORDERED:

1.	That a copy of this Order, together with the petition and exhibits attached thereto, be personally served upon Respondent by an official of the Internal Revenue Service.

2.	That if the Respondent has any defenses to present or motions to make in opposition to the petition, such defenses, or motions, if any, shall be made in writing and filed with the Court and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading will be considered by the Court and any uncontested allegations in the petition will be deemed admitted.

Entered this 5th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
UNITED STATES DISTRICT JUDGE