## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00616-EWN

UNITED STATES OF AMERICA,

      Petitioner,

   v.

THOMAS R. ELGES,

      Respondent.

_____

## ORDER TO SHOW CAUSE
_____

Upon consideration of the petition of the United States and the declaration and

Internal Revenue Service summons attached thereto, it is hereby

ORDERED:

That Respondent appear before the District Court of the United States for the

District of Colorado in that branch thereof presided over by Honorable Judge Edward W.

Nottingham, in the United States Court House, 901 19th Street, Denver, Colorado on the

12th day of May, 2006, at 11:00 o'clock a.m., Courtroom A1001, to show cause why

Respondent should not be compelled to obey the Internal Revenue Service summons

served upon Respondent on January 4, 2006.

It is further ORDERED:

1.      That a copy of this Order, together with the petition and exhibits attached thereto, be personally served upon Respondent by an official of the Internal Revenue Service.

2.      That if the Respondent has any defenses to present or motions to make in opposition to the petition, such defenses, or motions, if any, shall be made in writing and filed with the Court and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing.  Only those issues raised by motion or brought into controversy by the responsive pleading will be considered by the Court and any uncontested allegations in the petition will be deemed admitted.

Entered this 5th day of April, 2006.

                                BY THE COURT:


                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                UNITED STATES DISTRICT JUDGE