# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00616-EWN

UNITED STATES OF AMERICA,

      Petitioner,

      v.

THOMAS R. ELGES,

      Respondent.

_____

Consolidated with Civil Action No. 06-cv-00617-MSK

UNITED STATES OF AMERICA,

      Petitioner,

      v.

THOMAS R. ELGES,
as President/Owner of TRE & Associates,

      Respondent.

## ORDER CONSOLIDATING CASES

      Upon Petitioner's Motion to Consolidate Civil Action No. 06-cv-0617-MSK with the

Civil Action No. 06-cv-00616-EWN, IT IS ORDERED that the Motion is GRANTED.  Civil

Action No. 06-cv-0617-MSK case shall be consolidated with 06-cv-00616-EWN, the

earlier numbered case.  The district judge's designating initials shall be changed from

"MSK" to "EWN."

Dated this 12th day of April, 2006.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge